# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED 2010 APR 15 P 4:05

UNITED STATES OF AMERICA,

V.

CHARLES REDDEN,

DEFENDANT(S).

## INDICTMENT

Title 18 U.S.C. § 876(c) - Mailing Threatening Communications (Two Counts)

A true bill.

_____
Foreman

Filed in open court this ___15___ day of
April, 2010

_____
Clerk

ADA YU

Bail, $ No process

BERNARD ZIMMERMAN

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT     ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FILED 2010 APR 15  RICHARD W. [WIEKING] CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

— OFFENSE CHARGED —

Title 18 U.S.C., Section 876(c) – Mailing Threatening Communications

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum prison term of 5 years;
Maximum fine of $250,000;
Maximum term of supervised release of 3 years;
Mandatory special assessment of $100.

— DEFENDANT - U.S —
▶ CHARLES REDDEN

DISTRICT COURT NUMBER
**CR 10 0305 MMC**

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Anna Tryon Pletcher

— DEFENDANT —

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction     } ☒ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        )   No.
                                      )
13 |     Plaintiff,                   )   VIOLATIONS: 18 U.S.C. § 876(c) –
                                      )   Mailing Threatening Communications (Two
14 |     v.                           )   Counts)
                                      )
15 | CHARLES REDDEN,                  )
                                      )
16 |                                  )   SAN FRANCISCO VENUE
         Defendant.                   )
17 |_____    )

18
19                              I N D I C T M E N T
20
21  The Grand Jury charges:
22  COUNT ONE:    18 U.S.C. § 876(c) – Mailing Threatening Communications
23      On or about June 16, 2009 in the Northern District of California, the defendant,
24                              CHARLES REDDEN,
25  knowingly caused to be delivered by the Postal Service according to the directions thereon a
26  communication containing a threat to injure a person, in violation of Title 18, United States
27  Code, Section 876(c).
28

INDICTMENT

1  COUNT TWO:   18 U.S.C. § 876(c) – Mailing Threatening Communications
2       On or about January 4, 2010, in the Northern District of California, the defendant,
3                              CHARLES REDDEN,
4  knowingly caused to be delivered by the Postal Service according to the directions thereon a
5  communication containing a threat to injure a person, in violation of Title 18, United States
6  Code, Section 876(c).

8  DATED: April 15, 2010         A TRUE BILL.

                                  *signature*
                                  FOREPERSON

12 JOSEPH P. RUSSONIELLO
   United States Attorney

14 *signature*
   GREGG W. LOWDER
15 Chief, Major Crimes Section

17 (App'd as to form: *signature* )
                      SAUSA PLETCHER

INDICTMENT