# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
2010 APR 29 P 2:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

CR10-305 MMC

UNITED STATES OF AMERICA,

V.

CHARLES REDDEN,

DEFENDANT(S).

# SUPERSEDING INDICTMENT

Title 18 U.S.C. § 876(c) - Mailing Threatening Communications (Three Counts);
Title 18 U.S.C. § 1512(a)(2) - Tampering with a Witness

A ~~true bill.~~

Foreman

Filed in open court this 29th day of

Apr 29th 2010.

Clerk

ADA YIU

Bail, $ No process

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

## OFFENSE CHARGED

Title 18 U.S.C., Section 876(c) – Mailing Threatening Communications; Title 18 U.S.C. Section 1512(a)(2) – Tampering with a Witness

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

PENALTY: See attached.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 2010 APR 29 P 2:30 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## DEFENDANT - U.S

CHARLES REDDEN

DISTRICT COURT NUMBER
CR 10-0305 MMC

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO. CR 10-0305

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under — MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Anna Tryon Pletcher

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

### IS IN CUSTODY

4) ☐ On this charge

5) ☒ On another conviction — ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

**OFFENSES CHARGED**

Title 18 U.S.C., Section 876(c) – Mailing Threatening Communications (Felony)

PENALTY: Maximum Prison Term of 5 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

Title 18 U.S.C., Section 1512(a)(2) – Tampering with a Witness (Felony)

PENALTY: Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
2010 APR 29 P 2:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHARLES REDDEN,<br>Defendant. | No. CR 10-0305 MMC<br><br>VIOLATIONS: 18 U.S.C. § 876(c) – Mailing Threatening Communications (Three Counts); 18 U.S.C. § 1512(a)(2) – Tampering with a Witness (One Count)<br><br>SAN FRANCISCO VENUE |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 876(c) – Mailing Threatening Communications

On or about June 16, 2009 in the Northern District of California, the defendant,

CHARLES REDDEN,

knowingly caused to be delivered by the Postal Service according to the directions thereon a communication containing a threat to injure a person, in violation of Title 18, United States Code, Section 876(c).

<u>COUNT TWO:</u> 18 U.S.C. § 876(c) – Mailing Threatening Communications

On or about January 4, 2010, in the Northern District of California, the defendant,

CHARLES REDDEN,

knowingly caused to be delivered by the Postal Service according to the directions thereon a communication containing a threat to injure a person, in violation of Title 18, United States Code, Section 876(c).

<u>COUNT THREE:</u> 18 U.S.C. § 876(c) – Mailing Threatening Communications

On or about February ~~11,~~ 10, 2010, in the Northern District of California, the defendant,

CHARLES REDDEN,

knowingly caused to be delivered by the Postal Service according to the directions thereon a communication containing a threat to injure a person, in violation of Title 18, United States Code, Section 876(c).

<u>COUNT FOUR:</u> 18 U.S.C. § 1512(a)(2) – Tampering with a Witness

On or about February ~~11,~~ 10, 2010, in the Northern District of California, the defendant,

CHARLES REDDEN,

knowingly used the threat of physical force with the intent to influence, delay, and prevent the testimony of a person in an official proceeding, in violation of Title 18, United States Code, Section 1512(a)(2).

DATED: 04/29/10

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(App'd as to form: SAUSA FLETCHER