Charles Redden
UHNS13
5325 Broder Blvd
Dublin, CA, 94568
defendant Pro Per

FILED
2010 JUL 16 P 4:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America,
    Plaintiff,

v.

Charles Redden,
    defendant.

CR. 10-0305 VRW

Defendants response to Governments Notice of Intent to impeach defendant with prior convictions.

On June 17, 2010 the attorney for the Government filed Notice of Intent to impeach the defendant with prior felony convictions if he exerts his right to take the stand in his own behalf, which the defendant opposes.

In accordance with Rule 609 FROE the Government is well within it's right to introduce evidence of prior felony convictions for the sole purpose of attacking credibility. However, Rule 609 clearly states that

-1-

1. evidence of a crime committed over
2. ten years prior is "NOT Admissible"
3. unless probative value outweighs
4. predjudicial effect.
5.     With this court dissallowing
6. evidence of convictions prior to June
7. 2000 the Government would still be
8. able to attempt to introduce a 2000
9. conviction for mailing threatening
10. communications; a 2002 conviction
11. for a Biological Weapons Threat;
12. and a 2008 conviction for Escape
13. From custody.
14.     With this court disallowing
15. convictions prior to June 2000 there
16. are still three convictions. Looking
17. closer this court should be able to
18. clearly see that none of the three
19. convictions have anything to do with
20. dishonesty, or character. What the
21. Government is really trying to say is
22. "He's a bad guy; has done this before;
23. convict him." Actually the attorney
24. for the Government isn't introducing
25. Rule 609 evidence, but is attempting
26. to introduce "Improper" 404B evi-

1  dence, because even when the defend-
2  ant was a fugitive from justice after
3  escaping from the halfway house he
4  wasn't out committing crimes, but
5  was hiding in the park.
6    In closing for this court to
7  disallow convictions of ten years, or
8  more would be in accordance with
9  Rule 609(b). The probative value out-
10 weighs predjudicial effect. Further-
11 more the court should disallow the
12 other three convictions for improper
13 404(b), and the defendant respectfully
14 moves this court to rule accordingly.
15 Date: June 23, 2010
16                    Respectfully Submitted
17                    _____
18                    Charles Redden
19
20
21
22
23
24
25
26

-3-